UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TORRES RAMIREZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>TRENT ALLEN, Warden,<br><br>　　　　　　Respondent. | Case No.: 1:22-cv-01060-AWI-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 25]<br><br>[OBJECTION DEADLINE: MARCH 18, 2023] |

　　　　Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 26, 2023, the Court issued Findings and Recommendations to dismiss the petition as untimely. (Doc. 24.) The parties were granted twenty-one (21) days to file objections. On February 9, 2023, Petitioner filed a request for an extension of sixty (60) days to file objections. (Doc. 25.) Upon review of the request, the Court finds good cause to grant Petitioner thirty (30) days to file objections. Accordingly, the deadline to file objections is extended to March 18, 2023.

IT IS SO ORDERED.

Dated:　**February 10, 2023**　　　　　　　　　　*/s/ Sheila K. Oberto*　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1